■ In the Matter of the Estate of JOSEPH F. DRAGOTTA, Also Known as AUGIE DRAGOTTA, Deceased. FRANCIS J. DRAGOTTA, Respondent; MARY L. CULLUM et al., Appellants. (Proceeding No.1.) In the Matter of the Estate of JOSEPH F. DRAGOTTA, Deceased. FRANCIS J. DRAGOTTA, Respondent; MARY L. CULLUM et al., Appellants. (Proceeding No. 2.) In the Matter of the Estate of ROSE DRAGOTTA, Deceased. FRANCIS J. DRAGOTTA, Respondent; MARY L. CULLUM et al., Appellants. (Proceeding No. 3.) [682 NYS2d 632] —Appeal by Mary Louise Cullum and Jeanne Black McGuire from stated portions of an order of the Surrogate's Court, Suffolk County (Prudenti, S.), dated March 24, 1998, entered in all three proceedings.

Ordered that the order is affirmed insofar as appealed from, with costs payable by the appellants personally, for reasons stated by Surrogate Prudenti at the Surrogate's Court. Mangano, P. J., O'Brien, Krausman and Goldstein, JJ., concur.